**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DUSTIN R. GRIFFITH**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No: 3:21-cv-01401 |
| ) | |
| **CSX TRANSPORTATION INC.,** ) | **JURY TRIAL DEMANDED** |
| ) | |
| **Please serve Defendant:** ) | |
| **CSX TRANSPORTATION INC. at:** ) | |
| CT Corporation System, ) | |
| Registered Agent ) | |
| 208 SO LASALLE ST, SUITE 814 ) | |
| CHICAGO, IL 60604 ) | |
| ) | |
| Defendant. ) | |

<u>**COMPLAINT**</u>

<u>**COUNT I**</u>
<u>**LOCOMOTIVE INSPECTION ACT – CSX TRANSPORTATION INC.**</u>

COMES NOW the Plaintiff, DUSTIN R. GRIFFITH, by and through his attorneys, Kujawski & Associates, LLC, and for his Complaint against the Defendant, CSX Transportation, Inc., states as follows:

1.      That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C.A., Sections 51 *et. seq.*, and the Locomotive Inspection Act, 49 U.S.C. Section 20701, *et. seq.*, as hereinafter more fully shown.

2.      That at all times mentioned herein, the Defendant, CSX Transportation, Inc., (hereinafter referred to as "CSX"), was and is a corporation controlled, operated and maintained in interstate commerce, engaged in transporting interstate commerce between various states by rail including the states of Kentucky and Illinois.

3.      That on or about May 22, 2020, or on a date known more certainly to CSX, and at all times mentioned herein, the Plaintiff, Dustin R. Griffith, was an employee of CSX and had been for several years prior thereto.

4.      That at all times mentioned herein, all or part of the duties of the Plaintiff as such an employee furthered interstate commerce conducted by CSX or in some way directly or substantially affected said commerce.

5.      That on or about the above-said date, and at all times relevant herein, the Plaintiff was employed by CSX as an engineer and as such, was in the performance of his duties near the City of Hanson, Kentucky.

6.      That on or about May 22, 2020, or on a date known more certainly to CSX, the Plaintiff was injured while operating locomotive CP8887 over a section of defective track at or near milepost 281.4 on the Henderson Subdivision.

7.      That at said time and place, CSX, by and through its agents, servants and employees, violated the Locomotive Inspection Act in that CSX failed to provide the Plaintiff with a locomotive and its appurtenances which were in proper condition and safe to operate in the service to which it was put, on its railroad line, by committing one or more of the following acts or omissions in violation of the Act when the locomotive was put in use, to wit:

(a)     Allowed locomotive CP8887 to be used on its railroad with a defective seat and suspension system;

(b)     Violated 49 C.F.R. Section 229.23 in failing to perform a daily inspection, which would have revealed a defective seat and a defective suspension system on the locomotive Plaintiff was operating;

(c)    Violated 49 C.F.R. Section 229.7 in that the Defendant used or permitted to be used on its line, a locomotive that was not in proper condition and safe to operate in the service to which it was put to "use"; and

(d)    Violated 49 C.F.R. Section 229.45 in that it locomotive. Plaintiff was operating was not free of conditions that endangered the safety of the Plaintiff;

8.    That as a result, in whole or in part, of one or more of the above and foregoing violations of the Locomotive Inspection Act, the Plaintiff, while in the performance of his duties as an engineer, and in connection with and in the scope and course of his employment, was caused to become severely injured when the locomotive he was riding on and was assigned to use, operated over a segment of defective track at or near milepost 281.4 on the Henderson Subdivision which caused the Plaintiff to be violently thrown from the engineers seat on the locomotive which caused Plaintiff to sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, vertebrae, joints, and discs of the spine; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability from said injuries; that Plaintiff has incurred a past and future permanent loss of earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, the Plaintiff, DUSTIN R. GRIFFITH, prays judgment against the Defendant, CSX, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for damages sustained herein plus costs of this suit, pre-judgment interest, post-judgment interest, and all other relief deemed appropriate by this Court.

## COUNT II
## FELA NEGLIGENCE – CSX TRANSPORTATION INC.

COMES NOW the Plaintiff, DUSTIN R. GRIFFITH, by and through his attorneys, Kujawski & Associates, LLC, and for his Complaint against the Defendant, CSX Transportation, Inc., states as follows:

1.      That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. Sections 51 *et. seq.*

2.      That at all times mentioned herein, the Defendant, CSX, was and is a corporation controlled, operated and maintained in interstate commerce, engaged in transporting interstate commerce between various states by rail including the states of Kentucky and Illinois.

3.      That on or about May 22, 2020, or on a date known more certainly to CSX, and at all times mentioned herein, the Plaintiff, Dustin R. Griffith, was an employee of CSX and had been for several years prior thereto.

4.      That at all times mentioned herein, all or part of the duties of the Plaintiff as such an employee furthered interstate commerce conducted by CSX or in some way directly or substantially affected said commerce.

5.      That on or about the above-said date, and at all times relevant herein, the Plaintiff was employed by CSX as an engineer and as such, was in the performance of his duties near the City of Hanson, Kentucky.

6.      That on or about May 22, 2020, or on a date known more certainly to CSX, the Plaintiff was injured while operating locomotive CP8887 over a section of defective track at or near milepost 281.4 on the Henderson Subdivision.

7.      That at said time and place, CSX, by and through its agents, servants and employees, negligently and carelessly committed one or more of the following acts or omissions to wit:

(a)    Allowed locomotive CP8887 to be used on its railroad with a defective seat and suspension system;

(b)    Violated 49 C.F.R. Section 229.23 in failing to perform a daily inspection, which would have revealed a defective seat and a defective suspension system on the locomotive Plaintiff was operating;

(c)    Violated 49 C.F.R. Section 229.7 in that the Defendant used or permitted to be used on its line, a locomotive that was not in proper condition and safe to operate in the service to which it was put to "use";

(d)    Violated 49 C.F.R. Section 229.45 in that it locomotive. Plaintiff was operating was not free of conditions that endangered the safety of the Plaintiff;

(e)    Violated 49 C.F.R. Section 213.5 in that the Defendant knew or should have known that the track at milepost 281.4 did not comply with the requirements of 49 C.F.R. Section 213;

(f)    Violated 49 C.F.R. Section 233 in that the Defendant failed to properly inspect the track at milepost 281.4;

(g)    Failed to provide Plaintiff with a safe place in which to work;

(h)    Failed to warn Plaintiff that the locomotive he was riding on was defective;

(i)      Failed to warn Plaintiff of defects in the track which caused the locomotive to strike portions of the defective track; and

(j)      Allowed unsafe practices to become the common practice.

8.     That as a result, in whole or in part, of one or more of the above and foregoing acts of negligence or omission on the part of CSX, the Plaintiff, while in the performance of his duties as an engineer, and in connection with and in the scope and course of his employment, was caused to become severely injured when the locomotive he was riding on and was assigned to use, operated over a segment of defective track at or near milepost 281.4 on the Henderson Subdivision which caused the Plaintiff to be violently thrown from the engineers seat on the locomotive which caused Plaintiff to sustain severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, vertebrae, joints, and discs of the spine; that Plaintiff has sustained pain and suffering in the past, and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that Plaintiff has incurred permanent disfigurement and disability from said injuries; that Plaintiff has incurred a past and future permanent loss of earning capacity; that Plaintiff has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment and services; all to Plaintiff's damages.

WHEREFORE, the Plaintiff, DUSTIN R. GRIFFITH, prays judgment against the Defendant, CSX, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for damages sustained herein plus costs of this suit, pre-judgment interest, post-judgment interest, and all other relief deemed appropriate by this Court.

Respectfully submitted,

**KUJAWSKI & ASSOCIATES, LLC**

By:    <u>s/ John P. Kujawski</u>
         **JOHN P. KUJAWSKI, #3128922**
         **HARLAN A. HARLA, #6190824**
         **PATRICK R.D. SULLIVAN, #6310271**
         1331 Park Plaza Drive, Suite 2
         O'Fallon, Illinois 62269-1764
         Telephone:  (618) 622-3600
         Facsimile:   (618) 622-3700
         ***ATTORNEYS FOR PLAINTIFF***